# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | |
|---|---|
| MITCHELL A. FLEISHER,<br><br>        *Plaintiff,*<br><br>v.<br><br>HOW2CONNNECT.COM, *et al.*,<br><br>        *Defendants.* | CASE NO. 3:14-cv-00045<br><br><br><br>**ORDER**<br><br><br><br>JUDGE NORMAN K. MOON |

  For the reasons set forth in the accompany memorandum opinion, Plaintiff's motion (docket no. 30) for entry of default judgment is **GRANTED**.

  Accordingly defendants How2Connect.com, Inc., doing business as 1VirtualHealth.com and 1VirtualHealth.com, Inc. are hereby **ORDERED**, jointly and severally, to pay Plaintiff, Mitchell A. Fleisher, damages in the amount of one hundred twenty-nine thousand, four hundred and ninety-two dollars and eleven cents ($129,492.11), plus interest of forty dollars and seven cents ($40.07) from October 8, 2014 through the date of this judgment, plus an additional twenty-eight thousand, two hundred and fifty-four dollars and forty-one cents ($28,254.41) in costs and attorney's fees.

  The Clerk of the Court is hereby directed to send a certified copy of this order and the accompanying memorandum opinion to all counsel of record.

  Entered this __28th__ day of April, 2015.

                 _____
                 NORMAN K. MOON
                 UNITED STATES DISTRICT JUDGE